**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Lucky Landscaping LLC d/b/a<br>Luck Landscaping,<br><br>     Plaintiff,<br><br>v.<br><br>Janet O. Lanterman,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br><br>Judge:<br><br>**NOTICE OF REMOVAL**<br><br>Marvin A. Robon (0000664)<br>R. Ethan Davis (0073861)<br>**BARKAN & ROBON LTD.**<br>1701 Woodlands Drive<br>Suite 100<br>Maumee, Ohio 43537<br>Phone:  (419) 897-6500<br>Fax:    (419) 897-6200<br>mar.br@bex.net<br>red.br@bex.net<br><br>*Attorneys for Defendant* |

*****************

**To the Clerk of Court for the United States District Court for the Northern District of Ohio:**

Pursuant to 28 U.S.C. § 1441(a) and 1446, Defendant Janet O. Lanterman, by and through undersigned counsel, Barkan & Robon, Ltd., hereby removes this action from the Court of Common Pleas for Lucas County, Ohio, to the United States District Court for the Northern District of Ohio, Western Division.  In support of removal, Defendant states the following:

1.     On or about May 22, 2026, Plaintiff Lucky Landscaping LLC d/b/a Luck Landscaping commenced this action by filing a Complaint against Defendant Janet O. Lanterman, in the Court of Common Pleas for Lucas County, Ohio.  Plaintiff's Ohio state court action was

docketed as Case No. CI2026-02148.  A true and correct copy of said Complaint is attached hereto as **Exhibit A**.

2.      There is complete diversity of citizenship under 28 U.S.C. § 1332(a)(1) because these proceedings are between citizens of different states.

3.      Plaintiff Lucky Landscaping LLC d/b/a Luck Landscaping, was, at the time of the filing of this action, and still is, upon information and belief, a corporation organized and existing under the laws of the State of Ohio, with its principal place of business in Lucas County, Ohio.

4.      Defendant Janet O. Lanterman, was, at the time of the filing of this action, and still is, an individual residing in the State of Florida.

5.      The amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interests and costs.

6.      As required under 28 U.S.C. §1446(d), Defendant Janet O. Lanterman, will promptly provide written notice of the filing of this Notice of Removal to Plaintiff Lucky Landscaping LLC d/b/a Luck Landscaping. Defendant Janet O. Lanterman will file a copy of this Notice of Removal with the Clerk of Courts of the Court of Common Pleas for Lucas County, Ohio.

**WHEREFORE**, notice is hereby given that this action is removed from the Court of Common Pleas for Lucas County, Ohio to the United States District Court for the Northern District of Ohio, Western Division.  The Civil Cover Sheet for this case is attached hereto as **Exhibit B**.

Respectfully submitted,

BARKAN & ROBON LTD.

/s/ Marvin A. Robon
   Marvin A. Robon (0000664)
*Attorney for Defendant*

-2-

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed this 3rd day of June, 2026, through operation of the Court's ECF system. Notice to represented parties will be served and parties may access this filing through that system, along with being served via electronic mail to the following:

Christopher A. LaRocco, Esq.
Jake A. Thorn, Esq.
Vorys, Sater, Seymour and Peas, LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
calarocco@vorys.com
jathorn@vorys.com

By: /s/ Marvin A. Robon
Marvin A. Robon